**Order filed November 21, 2013.**



In The

# Fourteenth Court of Appeals

———————

NO. 14-13-00470-CR
NO. 14-13-00471-CR
NO. 14-13-00472-CR

———————

**RODNEY BRAND CRAWFORD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 263rd District Court
Harris County, Texas
Trial Court Cause Nos. 1332181, 1332182 & 1332183**

---

## O R D E R

The clerk's record was filed July 5, 2013. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the presentence investigation report.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before December 12, 2013, containing the presentence investigation

report **if the report was admitted into evidence and made a part of the court's file**.

**If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.**

PER CURIAM